JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARK F. SPANGLER, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR12-133RSM <br><br> ORDER GRANTING DEFENSE <br> MOTION TO ALLOW LATE FILING |

Upon the motion of the Defense to allow late filing of a Motion in Limine to Exclude Impact of Loss [Dkt. 71], and after a careful review of the files and records herein,

IT IS HEREBY ORDERED that leave of court is granted to allow defendant to file a Motion in Limine to Exclude Impact of Loss.

IT IS SO ORDERED.

DONE this 9 day of October, 2013.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant

ORDER GRANTING DEFENSE MOTION
TO ALLOW LATE FILING
*United States v. Spangler;* CR12-133RSM          -1-

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**