Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARK F. SPANGLER,<br><br>Defendant. | NO. CR12-133RSM<br><br>STIPULATION AND PROPOSED ORDER REGARDING REDACTION OF EXHIBIT 701 |

COMES NOW the United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Michael Lang, Carl Blackstone, Francis Franze-Nakamura Assistant United States Attorneys for said District, and Defendant MARK F. SPANGLER, and his attorneys, Jon Zulauf and John Carpenter, and agree and stipulate as follows, pursuant to Local Criminal Rule 49.1 which addresses the need to protect the privacy of individuals:

1. Exhibit 701 is a bulk exhibit that contains voluminous financial documents. The United States intends to introduce this exhibit as back up for numerous financial summaries and charts.

2. Due to the large number of documents in this bulk exhibit, the United States will not perform any redaction on Exhibit 701. However, to the extent the United States intends to display individual documents from Exhibit 701 to the jurors in open

Stipulation Regarding Redaction of Exhibit 701 - 1
Spangler/CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  court, the United States shall ensure that redactions are performed on that document in
2  accordance with Local Criminal Rule 49.1.
3       3. The parties agree that the foregoing procedure will adequately protect the
4  personally identifying information of individuals involved in the case.

6   DATED this 7TH day of October, 2013

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
MICHAEL LANG
Assistant United States Attorney

_____
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

_____
JON ZULAUF
Attorney for Defendant Spangler

_____
JOHN CARPENTER
Attorney for Defendant Spangler

Stipulation Regarding Redaction of Exhibit 701 - 2
Spangler/CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | The procedure regarding redaction of Exhibit 701, as agreed to in the parties' |
| 2 | foregoing stipulation, is |
| 3 | HEREBY APPROVED. |

_____
THE HONORABLE RICARDO S. MARTINEZ
United States District Judge

Stipulation Regarding Redaction of Exhibit 701 - 3
Spangler/CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant.

ss/ *Bonnie R. Wolfgram*
BONNIE R. WOLFGRAM
Paralegal
United States Attorney's Office
700 Stewart Street, Ste. 5220
Seattle, WA 98101
Phone:  206-553-2520
Facsimile:  206-553-2502
E-mail: Bonnie.Wolfgram@usdoj.gov