The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br>     v.<br><br>MARK F. SPANGLER,<br>               Defendant. | NO. CR12-133RSM<br><br>GOVERNMENT'S WITNESS LIST |

Following is a list of witnesses the government intends to, or may, call to testify during its case in chief:

1. Takeshi Akatsuka
2. Tom Berger
3. Richard Boyd
4. Arthur Budge
5. Edward "Ted" Burns
6. Bill Carleton
7. Gerald Delay
8. Stuart Depina
9. Maurice Douthit

GOVERNMENT'S WITNESS LIST – 1
*U.S. v. Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 10. | Pam Douthit |
| 2 | 11. | Anyang Feng |
| 3 | 12. | Greg Fletcher |
| 4 | 13. | Dr. Heath Foxlee |
| 5 | 14. | Benjamin George – IRS |
| 6 | 15. | Salvador Gonzalez |
| 7 | 16. | Viktor Grabner |
| 8 | 17. | Don Gracia |
| 9 | 18. | Edward Haddad, Securities and Exchange Commission |
| 10 | 19. | Anders Hejlsberg |
| 11 | 20. | Internal Revenue Service – Custodian of Records |
| 12 | 21. | Vana Ingram |
| 13 | 22. | Craig Johnson |
| 14 | 23. | Kent Johnson |
| 15 | 24. | Teresa Johnson |
| 16 | 25. | Jan Kallshian |
| 17 | 26. | Katherine Maas |
| 18 | 27. | Jerry McNaul |
| 19 | 28. | Carol Moore |
| 20 | 29. | David Nason |
| 21 | 30. | Max Nicolai |
| 22 | 31. | Dr. Robert Olson |
| 23 | 32. | Michael Peck |
| 24 | 33. | Jim Peterson |
| 25 | 34. | Glen Poor |
| 26 | 35. | Essex Porter |
| 27 | 36. | David Prus |
| 28 | 37. | Robert Rebar |

GOVERNMENT'S WITNESS LIST – 2
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 38. | Ruvane Richman |
| 39. | John Rieke |
| 40. | Ana Rivero |
| 41. | Gene Robertson |
| 42. | Abbe Rubin |
| 43. | Rick Rupp |
| 44. | Ron Rutherford |
| 45. | Suzette Rutherford |
| 46. | Diana Ryesky |
| 47. | Roberta Smith |
| 48. | Lisa Brown Spencer |
| 49. | Mark Spranger |
| 50. | Tandy Trower |
| 51. | Darren Tsui |
| 52. | Manual ("Manny")Vellon |
| 53. | Dan Vetras |
| 54. | Molly Walker |
| 55. | Special Agent Spencer Walker - FBI |
| 56. | Joe Wallin |
| 57. | Judy Weseman |
| 58. | Christina Wholstetter |
| 59. | Ann Marie Wick |
| 60. | Leonard Wyatt |
| 61. | Jared Young - FBI |
| 62. | Margie Zech |

///

GOVERNMENT'S WITNESS LIST – 3
U.S. v . Mark F. Spangler, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 10th day of October, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

/s/ *Carl Blackstone*
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
WSBA # 40971
Telephone: (206) 553-2905
Fax: (206) 553-2502
E-mail: Carl.Blackstone@usdoj.gov

/*s/ Michael Lang*
MICHAEL LANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
WSBA # 19262
Telephone: (206) 553-1779
Fax: (206) 553-2502
E-mail: Mike.Lang@usdoj.gov

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4402
Fax: (206) 553-2422
E-mail: Francis.Franze-Nakamura@usdoj.gov

GOVERNMENT'S WITNESS LIST – 4
U.S. v . Mark F. Spangler, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on October 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Anna Chang*
ANNA CHANG
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-4440
Email: anna.chang@usdoj.gov

GOVERNMENT'S WITNESS LIST – 5
*U.S. v. Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970