JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) NO. CR12-133 RSM |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENSE EXHIBIT LIST |
| MARK F. SPANGLER, | ) |
| Defendant. | ) |

Defendant, Mark F. Spangler, through his defense counsel, Assistant Federal Public Defender John Carpenter, hereby submits the attached Exhibit List for the Court's consideration at the trial in this matter.

| Exhibit No. | Exhibit Subpart | Description |
|---|---|---|
| A001 | | SG Growth+ PPM |
| A002 | | SG Growth+ Operating Agreement |
| A003 | | SG Growth+ Signature (pgs 34-53) |
| A004 | | Equity PPM |
| A005 | | Equity Operating Agreement |
| A006 | | Distribution - Rounded, Spangler Group dated 7/13/2012 |
| | .01 | Tab - Income |
| | .02 | Tab - Growth |
| | .03 | Tab - SV9 |
| | .04 | Tab - SV11 |

| | .05 | Tab - TeraHop |
|---|---|---|
| | .06 | Tab - Summary Capital |
| | .07 | Tab - Summary Cash |
| | .08 | Tab - All In |
| A007 | | Reserved |
| A008 | | Reserved |
| A009 | | Reserved |
| A010 | | SV7/SV11 Combined PPM 2009 |
| A011 | | Reserved |
| A012 | | Reserved |
| A013 | | Reserved |
| A014 | | Reserved |
| A015 | | Reserved |
| A016 | | IP Executive Summary |
| | .01 | Patent 6745027 |
| | .02 | Patent 7209771 |
| | .03 | Patent 6934540 |
| | .04 | Patent 7133704 |
| | .05 | Patent 7155264 |
| | .06 | Patent 7209468 |
| | .07 | Patent 7200132 |
| | .08 | Patent 7522568 |
| | .09 | Patent 7221668 |
| | .10 | Patent 7430437 |
| | .11 | Patent 7438334 |
| | .12 | Patent 7391321 |
| | .13 | Patent 7394361 |
| | .14 | Patent 7526381 |
| | .15 | Patent 7542849 |
| | .16 | Patent 7650135 |
| | .17 | Patent 7529547 |
| | .18 | Patent 7563991 |
| | .19 | Patent 7574300 |
| | .20 | Patent 7583769 |
| | .21 | Patent 7574168 |
| | .22 | Patent 7783246 |
| | .23 | Patent 7539520 |
| | .24 | Patent 7554442 |
| | .25 | Patent 8144671 |

DEFENSE EXHIBIT LIST-- 2
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .26 | Patent 7940716 |
| | .27 | Patent 7828342 |
| | .28 | Patent 7830273 |
| | .29 | Patent 7705747 |
| | .30 | Patent 7742772 |
| | .31 | Patent 7742773 |
| | .32 | Patent 7733818 |
| | .33 | Patent 7907941 |
| | .34 | Patent 7378957 |
| | .35 | Patent 7378958 |
| | .36 | Patent 7378959 |
| | .37 | Patent 8068807 |
| | .38 | Patent 8238826 |
| | .39 | Patent 7538656 |
| | .40 | Patent 7538657 |
| | .41 | Patent 7538658 |
| | .42 | Patent 7535339 |
| | .43 | Patent 8331862 |
| | .44 | Patent 8284741 |
| | .45 | Patent 7940717 |
| | .46 | Patent 7940736 |
| | .47 | Patent 8111651 |
| | .48 | Patent 7904071 |
| | .49 | Patent 7830850 |
| | .50 | Patent 7733944 |
| | .51 | Patent 7822551 |
| | .52 | Patent 7828343 |
| | .53 | Patent 7883126 |
| | .54 | Patent 7900980 |
| | .55 | Patent 7938459 |
| | .56 | Patent 7828344 |
| | .57 | Patent 7883127 |
| | .58 | Patent 7828345 |
| | .59 | Patent 7828346 |
| | .60 | Patent 7883128 |
| | .61 | Patent 8050625 |
| | .62 | Patent 8095070 |
| | .63 | Patent 8315563 |
| | .64 | Patent 8204439 |

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .65 | Patent 8223680 |
| | .66 | Patent 7742744 |
| | .67 | Patent 7746838 |
| | .68 | Patent 7940719 |
| | .69 | Patent 7830852 |
| | .70 | Patent 8326226 |
| | .71 | Patent 8301082 |
| | .72 | Patent 7941095 |
| | .73 | Patent 8207848 |
| | .74 | Patent 8279067 |
| | .75 | Patent 8284045 |
| | .76 | Patent 8218514 |
| | .77 | Patent 7742745 |
| | .78 | Patent 8050668 |
| | .79 | Patent 8045929 |
| | .80 | Patent 7847676 |
| | .81 | Patent 8280345 |
| | .82 | Patent 8315237 |
| | .83 | Patent 8462662 |
| | .84 | Patent 8275404 |
| | .85 | Patent 8391435 |
| | .86 | Patent 8300551 |
| | .87 | Patent 8315565 |
| | .88 | Patent 8078139 |
| | .89 | Patent 8433309 |
| | .90 | Patent 7912644 |
| | .91 | Reserved |
| | .92 | Lot #1 – 34 issued (applications) |
| | .93 | Lot #2 – 21 issued (6 applications) |
| | .94 | Lot #3 – 6 issued (0 pending) |
| | .95 | Lot #4 – 6 issued (28 pending) |
| | .96 | Reserved |
| | .97 | Reserved |
| | .98 | Reserved |
| | .99 | Reserved |
| A017 | | Investor Update dated 3/18/2008 |
| A018 | | Org. Chart and Headcount dated 10/6/2008 |
| A019 | | Reserved |
| A020 | | Reserved |

DEFENSE EXHIBIT LIST-- 4
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| A021 | | Reserved |
|---|---|---|
| A022 | | Reserved |
| A023 | | Reserved |
| A024 | | Equity PPM 1998 Signature Pages |
| A025 | | Equity PPM Redline Nov. 2007 |
| A026 | | SG Growth+ Redline May 08 includes Op. Agreement (pg. 8) |
| A027 | | 1998 Equity/Cairncross Engagement Letter |
| A028 | | 1998 Emails between Carleton & Stokke regarding final draft of Equity PPM |
| A029 | | TeraHop Website – Homepage |
| A030 | | TeraHop Website – Our People – Mark Spangler, Chairman |
| A031 | | Reserved |
| | .01 | CBN_WUT_mobile_trackMonitor |
| | .02 | Fuel System Overview 2n |
| | .03 | IMS Overview Brochure |
| | .04 | Product-GR1100A-1a |
| | .05 | Product-PDC300A-IMS-6a |
| | .06 | Product-PDC301A-3a |
| | .07 | Product PDC400A-5n |
| | .08 | RFID Comparisons THN AN-001_JED |
| | .09 | RFID Integration THN AN-002_JED |
| | .10 | TeraHop Case Study-KLB Construction-8 |
| | .11 | TeraHop Brochure |
| | .12 | TeraHop_CAMS |
| | .13 | TeraHop_Intermodal |
| | .14 | TeraHop_YM |
| A032 | | Reserved |
| A033 | | Reserved |
| A034 | | Tamarac Website – Homepage |
| A035 | | Tamarac Website – Exec. Bios – Mark Spangler, Chairman |
| A036 | | Reserved |
| | .01 | Tamarac November 2009 PPM Mailing List |
| | .02 | Tamarac November 2009 PPM Mailing List - Redacted |
| | .03 | Tamarac Private Placement Memorandum, Series C Preferred Stock & Debt Offering dated October, 2009 |
| | .04 | Recapitalization of Tamarac |
| | .05 | Valuation by Tillman - 03-07-2011 |
| A037 | | Reserved |
| | .01 | Question K - Energy Investors |

DEFENSE EXHIBIT LIST-- 5
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
Tacoma, WA 98402
(253) 593-6710

| | .02 | Energy Investors Balance Sheet |
|---|---|---|
| | .03 | SG Growth+ Balance Sheet |
| | .04 | SG Income+ Balance Sheet |
| | .05 | Spangler Ventures Eleven Balance Sheet |
| | .06 | Spangler Ventures Balance Sheet |
| | .07 | Spangler Ventures Six Balance Sheet |
| | .08 | Spangler Ventures Seven Balance Sheet |
| | .09 | Spangler Ventures Nine Balance Sheet |
| A038 | | Reserved |
| A039 | | The Spangler Group's 2010 Form ADV Part II |
| A040 | | Private Placement Memos |
| A041 | | Operating Agreements |
| | .01 | Redline - April 2008 |
| A042 | | Capitalization Tables |
| A043 | | Wire Transfers, Bank Stmts. |
| A044 | | Reserved |
| A045 | | Reserved |
| A046 | | Reserved |
| | .01 | Income+ PPM 1998 |
| | .02 | Income+ Operating Agreement |
| A047 | | Reserved |
| | .01 | Income+ Operating Agreement 2008 |
| | .02 | Op Ag + Signatures |
| A048 | | Reserved |
| | .01 | PPM dated May 2008 |
| | .02 | CPPM dated June 19, 2008 |
| A049 | | Capitalization Tables |
| A050 | | Wire Transfers, Bank Stmts. |
| A051 | | Reserved |
| A052 | | Letter to Investors - Updating Original Documents dated May 21, 2008 |
| A053 | | Private Placement Memos |
| A054 | | Spangler Ventures Partners, Limited Partnership Confidential Private Placement Memorandum dated 2/20/2001 |
| A055 | | Operating Agreements |
| | .01 | Subscription Agreement 2001 |
| A056 | | SV LLC Operating Agreement dated 6/1/2000 |
| A057 | | Bill Carleton's Withdrawal Letter from SV LLC dated 3/27/2011 |
| A058 | | Washington Secretary of State Registration Info |

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| A059 |     | Private Placement Memos |
|------|-----|-------------------------|
|      | .01 | PPM dated May 10, 2006 |
| A060 |     | Reserved |
|      | .01 | SV7 Confidential Info. Stmt. January 2002 including SeekerNet Business Plan and all attachments |
|      | .02 | SV7 Confidential Info. Stmt. January 2002 |
|      | .03 | SeekerNet Business Plan |
|      | .04 | SeekerNet Business Plan - May 2002 |
| A061 |     | Operating Agreements |
|      | .01 | Op Ag Dated July 5, 2000 |
| A062 |     | Capitalization Tables |
| A063 |     | Wire Transfers, Bank Stmts. |
| A064 |     | Reserved |
| A065 |     | SV9 Confidential Information Statement dated 1/27/2006 |
| A066 |     | Reserved |
|      | .01 | Mailing list for SV9/Tamarac |
|      | .02 | Mailing list for SV9/Tamarac CD-ROM dated 1/26/2006 |
| A067 |     | Signature page for Tamarac Series A Capital Contribution, e.g. |
| A068 |     | Reserved |
| A069 |     | Reserved |
| A070 |     | Private Placement Memos |
| A071 |     | Operating Agreements |
| A072 |     | SV 11 Confidential Info Statement dated 6/5/2003 |
| A073 |     | SV11 Master - Comerica Summary of Transactions Acct. 189201 5304 up to 10/22/2008 |
| A074 |     | SV11 CPPM dated 7/6/2009 |
| A075 |     | Reserved |
| A076 |     | Operating Agreements |
| A077 |     | Capitalization Tables |
| A078 |     | Wire Transfers, Bank Stmts. |
| A079 |     | Reserved |
|      | .01 | Letter to Investors - Updating Original Documents dated May 21, 2008 |
|      | .02 | Growth+ CPPM - 5/__/2008 |
| A080 |     | Reserved |
|      | .01 | 2000 Annual Newsletter |
|      | .02 | August 2000 Newsletter |
|      | .03 | 2000 Annual Member Newsletter |
| A081 |     | Reserved |

DEFENSE EXHIBIT LIST-- 7
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .01 | 2001 Annual Member Newsletter |
| | .02 | Annual Newsletter Cover Email |
| | .03 | 2001 Annual Friends Newsletter |
| A082 | | Reserved |
| | .01 | 2002 Annual Member Newsletter |
| | .02 | Annual Newsletter Cover Email |
| | .03 | 2002 Annual Friends Newsletter |
| A083 | | Reserved |
| | .01 | 2003 Annual Newsletter |
| | .02 | Annual Newsletter Cover Email |
| A084 | | PowerPoint Presentation Template - January 2011 |
| A085 | | PowerPoint Presentation Template undated (but used between 2006 and mid-2008) |
| A086 | | Reserved |
| A087 | | Reserved |
| A088 | | Reserved |
| A089 | | Reserved |
| A090 | | Reserved |
| | .01 | Municipal Bond CPPM dated 8/17/1998 |
| | .02 | Municipal Bond CPPM dated 8/17/1998 Grand Jury Version |
| | .03 | Liquidation of Municipal Bond Fund to Other SFG Funds [Diagram] |
| | .04 | Email to Johnsons dated 3/7/2006 - Subject: Spangler Group: Sale of Municipal Bond [re: closing fund] |
| A091 | | Reserved |
| | .01 | Large Cap Equity CPPM dated 2/15/1999 |
| | .02 | Letter to Douthits dated 8/31/2000 - Subject: Investment Recommendation [to close Large Cap fund] |
| | .03 | Liquidation of Large Cap to Fund Long/Short |
| A092 | | Reserved |
| A093 | | Reserved |
| A094 | | Reserved |
| A095 | | Reserved |
| | .01 | Southeastern Asset Management Statement of Management Fees dated 3/31/2008 |
| | .02 | Southeastern Asset Management Annual Update to Form ADV, Part II dated 4/2/2008 |
| | .03 | Southeastern Asset Management 2002 Third Quarter Report dated 10/5/2002 |

DEFENSE EXHIBIT LIST-- 8
(*Mark Spangler*;  CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .04 | Southeastern Asset Management 2007 Fourth Quarter Review dated 1/11/2008 |
| | .10 | New York Times article dated 4/8/2009, "Big Bondholder in G.M. Sells Most of Its Assets in Company" |
| A096 | | Reserved |
| A097 | | Reserved |
| A098 | | Reserved |
| A099 | | Dow Jones Industrial Average Index (2000-Present Daily) |
| A100 | | Reserved |
| A101 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 7/13/2012 |
| | .02 | IRS agent notes |
| | .03 | Memorandum of Activity Richard Boyd email to Benjamin George, Subject: newish stuff dated 7/27/2012 |
| | .04 | The Handbasket Issue 1 - 07/22/2011 |
| | .05 | The Handbasket Issue 2 - 07/23/2011 |
| | .06 | The Handbasket Issue 3 - 07/25/2011 |
| | .07 | The Handbasket Issue 4 - 07/27/2011 |
| | .08 | The Handbasket Issue 5 - 07/31/2011 |
| | .09 | The Handbasket Issue 6 - 08/02/2011 |
| | .10 | The Handbasket Issue 7 - 08/08/2011 |
| | .11 | The Handbasket Issue 8 - 08/14/2011 |
| | .12 | The Handbasket Issue 9 - 08/28/2011 |
| | .13 | The Handbasket Issue 10 - 09/11/2011 |
| | .14 | The Handbasket Issue 11 - 10/02/2011 |
| | .15 | The Handbasket Issue 12 - 11/03/2011 |
| | .16 | IRS Memorandum of Activity |
| | .17 | Reserved |
| A102 | | Reserved |
| | .01 | FBI 302 dated 03/08/2013 |
| A103 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 10/20/2011 |
| | .02 | IRS Memorandum of Interview dated 1/9/2012 |
| | .03 | Memorandum of Interview undated |
| | .04 | Memorandum of Interview 1/9/2012 |
| | .05 | Handwritten Notes 1-9-12 |
| | .06 | PowerPoint Presentation - 11/18/2003 |
| | .07 | PowerPoint Presentation - 12/13/2005 |

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .08 | Email from Don Gracia, Subject: Spangler Group Confirmation Request dated 1/27/2011 (re: surprise audit) |
|---|---|---|
| | .09 | FBI Memo of Interview dated 10-03-13 |
| A104 | .00 | Reserved |
| | .01 | IRS Memorandum of Interview dated 1/27/2012 |
| | .02 | Memorandum of Interview notes dated 1/27/2012 |
| | .03 | PowerPoint Presentation dated 11/17/2003 |
| | .04 | PowerPoint Presentation dated 11/7/2005 |
| | .05 | PowerPoint Presentation dated 1/30/2008 |
| | .06 | PowerPoint Presentation dated 3/4/2009 |
| | .07 | PowerPoint Presentation dated 4/4/2011 |
| A105 | | Reserved |
| | .01 | Memorandum of Interview dated 10/19/2011 |
| | .02 | PowerPoint Presentation dated 10/31/2005 |
| | .03 | PowerPoint Presentation dated 1/19/2004 |
| | .04 | Email from Don Gracia, Subject: Spangler Group Confirmation Request dated 1/27/2011 (re: surprise audit) |
| A106 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 8/8/2011 |
| | .02 | Transcript of Telephonic Interview dated 12/14/2011 |
| | .03 | Handwritten Notes 12-11 |
| | .04 | Handwritten Notes 12-11 |
| | .05 | Email from Don Gracia to gonzalezsalvador@cox.net dated 1/27/2011 Subject: Spangler Group Confirmation Request Attachment: Luque-Moore Rev Trust [Gracia surprise audit email.] |
| | .06 | Letter from The Spangler Group to Gonzalez/Moore dated 1/24/2011 Re: SG Growth+ regarding Cox & Gracia audit, with balance enclosure |
| | .07 | PowerPoint Presentation dated June 2, 2007 |
| | .08 | PowerPoint Presentation dated March 4, 2009 |
| | .09 | PowerPoint Presentation date January 2011 |
| | .10 | Email from Salvador Gonzalez to Mr. Spangler Subject: Exposure to the Public Equity and Debt Markets -- further thoughts, dated 9/16/2008. |
| | .11 | Email from Salvador Gonzalez to Mr. Spangler, Subject: FW: Safety of investments, dated 10/1/2008 |
| | .12 | Email from Salvador Gonzalez to Mr. Spangler Subject: Year end plan, dated 11/5/2008 |

DEFENSE EXHIBIT LIST-- 10
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .13 | Email from Salvador Gonzalez to Luann Renfrow Subject: Re: Meeting on Thursday, May 6 at Noon dated 4/30/2004 |
| | .14 | Email from Luann Renfrow to Salvador and Carol Anne, Subject: Welcome to The Spangler Group, dated 9/10/2004 |
| | .15 | email Interview Summary 10-07-13 |
| | .16 | Power Point Presentation February 2006 |
| A107 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 10/19/11 |
| | .02 | Interview Notes dated 10/19/11 |
| | .03 | Interview Notes dated 10/19/11 |
| | .04 | IRS Memorandum of Interview dated 09/24/13 |
| | .05 | Notes |
| A108 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 4-26-12 |
| | .02 | FBI Memo of Interview dated 09-06-13 |
| | .03 | Reserved |
| | .04 | Reserved |
| | .05 | Reserved |
| A109 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 7/27/2011 |
| | .03 | Interview notes dated 7/30/2013 |
| | .04 | FBI Memorandum of Interview dated 8/8/2013 |
| | .05 | PowerPoint Presentation dated 2/9/2004 |
| | .06 | Reserved |
| | .07 | Performance Summary 10-2010 |
| | .08 | PowerPoint Presentation undated but with values "as of 9/30/2010" & "as of 11/17/2010" |
| | .09 | Email from Vana Ingram to Spencer Walker dated 8/6/2013 Subject: Spangler issue Attachment: Timeline.docx with attachment |
| | .10 | Emails from Vana Ingram to Spencer Walker dated 7/31/2013 |
| | .11 | Email from Kit Maas to vana@nwlink.com dated 1/31/2008 Subject: Spangler Group Reports |
| | .12 | Email from Luann Renfrow to vana@nwlink.com dated 8/8/2004 Subject: member access |
| | .13 | Email from Mark Spangler to Luann Renfrow Subject: Fwd: Ingram 2007 August Vana Ingram dated 8/28/2013 (regarding budget for the upcoming year) |
| | .20 | Property Settlement Agreement dated 9/17/1992 |
| A110 | | Reserved |

DEFENSE EXHIBIT LIST-- 11
(*Mark Spangler*;  CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | |
|---|---|---|
| | .01 | IRS Memorandum of Interview dated 5/22/2012 |
| | .02 | Handwritten Notes |
| | .03 | Handwritten Notes |
| | .04 | Memorandum of Interview, undated and unsigned. |
| | .05 | PowerPoint Presentation dated 11/16/2009 |
| | .06 | PowerPoint Presentation dated 10/31/2005 |
| A111 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A112 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A113 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A114 | | Reserved |
| | .01 | Recorded Interview dated 11/7/2011 Transcript |
| | .02 | FBI Memorandum of Interview dated 3/14/2012 |
| | .03 | Grand Jury Testimony dated 5/16/2012 |
| | .04 | Grand Jury Exhibit 1, PowerPoint Presentation dated 12/11/2003 |
| | .05 | PowerPoint Presentation 09-19-2005 |
| | .06 | PowerPoint Presentation 2010 |
| | .07 | Grand Jury Exhibit 7, pie charts |
| | .08 | Email from Don Gracia, Subject: Spangler Group Confirmation Request dated 1/27/2011 (re: surprise audit) |
| A115 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 10/21/2011 |
| | .02 | Memorandum of Interview agent notes undated |
| | .03 | PowerPoint Presentation dated 12/2/2005 |
| | .04 | 2008 Schedule K-1 |
| | .05 | PowerPoint Presentation dated Dec. 2003 |
| A116 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 7/2/2012 |
| | .02 | PowerPoint Presentation dated 4/22/2005 |
| | .03 | PowerPoint Presentation dated 1/8/2004 |
| | .04 | PowerPoint Presentation dated 12/8/2003 |
| A117 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 9/10/2012 |
| | .02 | Notes of Interview dated 09/10/2012 |

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .03 | Email from Mr. Spangler to RURICHMAN@aol.com (re: Growth+ PPM questions) dated 11/28/2009 |
|---|---|---|
| A118 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 6-19-12 |
| | .02 | Notes |
| | .03 | Notes of Interview dated 09-30-13 |
| A119 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A120 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 10/20/2011 |
| | .02 | Memorandum of Interview undated agent notes |
| | .03 | PowerPoint Presentation dated 11/22/2003 |
| | .04 | PowerPoint Presentation dated 2/25/2005 |
| | .05 | PowerPoint Presentation dated 6/1/2006 |
| | .06 | PowerPoint Presentation dated 9/13/2007 |
| | .07 | PowerPoint Presentation dated 1/21/2009 |
| | .08 | Email from Don Gracia, Subject: Spangler Group Confirmation Request dated 1/27/2011 (re: surprise audit) |
| A121 | | Reserved |
| | .01 | 302 dated 8/11/2011 |
| | .02 | 302 dated 5/4/2012 |
| | .03 | Handwritten Notes |
| | .04 | Memo of Interview dated 08-19-03 |
| | .05 | Handwritten Notes |
| | .06 | PowerPoint Presentation dated 7/31/2004 |
| | .07 | PowerPoint Presentation dated 9/15/2005 |
| | .08 | PowerPoint Presentation dated 10/19/2006 |
| | .09 | PowerPoint Presentation dated 8/22/2007 |
| | .10 | PowerPoint Presentation dated 3/5/2009 |
| | .11 | PowerPoint Presentation dated 12/8-9/2010 |
| | .12 | Email dated 07-28-13 from Rick Rupp to Carl Blackstone re: upcoming trial. |
| A122 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 2/3/2012 |
| | .02 | PowerPoint Presentation dated Feb. 2004 |
| | .03 | PowerPoint Presentation dated Apr. 2006 |
| | .04 | PowerPoint Presentation dated Nov. 2009 |
| A123 | | Reserved |

DEFENSE EXHIBIT LIST-- 13
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .01 | Reserved |
|---|---|---|
| | .02 | Reserved |
| A124 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 10/20/2011 |
| | .02 | Memorandum of Interview agent notes dated 10/20/2011 |
| | .03 | Email from tandyt@hoaloharobotics.com to Spencer Walker dated 10/20/2011 Subject: The crux |
| | .04 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 Subject: FW: Follow Up |
| | .05 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 Subject: FW: how are you doing? |
| | .06 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 Subject: FW: Spangler investment materials: my thoughts |
| | .07 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 (5:40PM) Subject: FW: can you help with analyzing an investment opportunity? |
| | .08 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 (5:38PM) Subject: FW: can you help with analyzing an investment opportunity? |
| | .09 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 Subject: FW: Introduction |
| | .10 | Email from tangosquared@hotmail.com to Spencer Walker dated 10/20/2011 Subject: FW: University Funds |
| | .11 | Email from tangosquared@hotmail.com to Goldman Sachs contacts dated 2/2/2011 Subject: RE: Follow up |
| | .12 | Email from tandyt@hoaloharobotics.com to Spencer Walker dated 10/20/2011 Subject: Today's developments: Spangler Group |
| A125 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 5/25/2012 |
| | .02 | Memorandum of Interview agent notes dated 5/25/2012 |
| | .03 | PowerPoint Presentation dated 3/8/2008 |
| | .04 | 2008 Schedule K-1 |
| | .05 | PowerPoint Presentation dated Nov. 2005 |
| A126 | | Reserved |
| | .01 | Grand Jury Testimony dated 5/16/2012 |
| | .02 | Reserved |
| | .03 | Reserved |
| A127 | | Reserved |
| | .01 | Reserved |

DEFENSE EXHIBIT LIST-- 14
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .02 | Reserved |
|---|---|---|
| A128 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 1/31/2012 |
| | .02 | PowerPoint Presentation dated 12/11/2007 |
| | .03 | IRS Memorandum of Interview of Amy Bornemeier (Molly Walker's sister) |
| | .04 | IRS Memo of Interview dated 10-04-13 |
| | .05 | Notes |
| | .06 | PowerPoint Presentation dated 2/14/2004 |
| | .07 | PowerPoint Presentation dated 11/22/2005 |
| | .08 | PowerPoint Presentation dated 12/22/2007 |
| | .09 | PowerPoint Presentation dated 11/19/2009 |
| A129 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 5/10/2012 |
| | .02 | Telephonic Recorded Interview dated 11/9/2011 |
| | .03 | MOI dated 09-18-13 |
| | .04 | Notes |
| | .05 | PowerPoint Presentation dated Nov. 2009 |
| A130 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A131 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 5/30/2012 |
| | .02 | Reserved |
| A132 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 1/31/2012 |
| | .02 | Reserved |
| | .03 | Comprehensive PPS 1998-2009 made on request by client |
| | .04 | PowerPoint Presentation dated 12/15/2003 |
| | .05 | PowerPoint Presentation dated 1/23/2004 |
| | .06 | PowerPoint Presentation dated 5/18/2006 |
| A133 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 5/30/2013 |
| | .02 | Email from Suzette Rutherford to Benjamin George dated 5/30/2013 Subject: FW: Terra Hop winding down |
| | .03 | TeraHop Networks Investor Update dated 3/18/2008 |
| A134 | | Reserved |
| | .01 | Interview 08-15-13 |
| | .02 | Handwritten Notes |

DEFENSE EXHIBIT LIST-- 15
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .03 | Interview 08-19-13 |
| | .04 | Handwritten Notes |
| A135 | | Reserved |
| A136 | | Reserved |
| | .01 | Grand Jury Testimony Transcript dated 4/16/2013 |
| | .02 | Reserved |
| | .03 | Reserved |
| A137 | | Reserved |
| A138 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A139 | | Reserved |
| | .01 | Reserved |
| | .02 | Reserved |
| A140 | | Reserved |
| | .01 | Grand Jury Testimony Transcript dated 4/19/2012 |
| | .02 | Grand Jury Testimony Transcript dated 5/2/2012 |
| | .03 | Grand Jury Testimony Transcript dated 4/16/2013 |
| | .04 | Grand Jury Testimony Transcript dated 5/3/2012 |
| | .05 | Grand Jury Testimony Transcript dated 5/17/2012 |
| | .00 | Reserved |
| | .10 | Grand Jury Exhibit 2 - Schedule of fees paid |
| | .11 | Grand Jury Exhibit [illegible] - Schedule of Payments to The Spangler Group and Mark Spangler |
| | .12 | Grand Jury Exhibit [illegible] - Funds Disbursed to TeraHop and Tamarac |
| | .13 | Cost Basis & Actual Allocation Graphs - Manny Vellon |
| | .14 | Cost Basis & Actual Allocation Graphs - Judy Weseman |
| | .15 | Checks written to investors from TeraHop total $307,769 |
| A140 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 3/14/2012 |
| | .02 | FBI Memorandum of Interview dated 4/11/2012 |
| A141 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 10/21/2011 |
| | .02 | FBI Memorandum of Interview dated 11/8/2011 |
| | .03 | FBI Memorandum of Interview dated 4/9/2012 |
| | .04 | "Total Contributions and Distributions By Date By Investor into and between MuniBond, Long/Short, SG Growth+ and SG Income+" undated |

DEFENSE EXHIBIT LIST-- 16
(*Mark Spangler*;  CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| A142 | | Reserved |
|---|---|---|
| | .01 | FBI Memorandum of Interview dated 10/21/2011 |
| | .02 | FBI Memorandum of Interview dated 11/8/2011 |
| | .03 | FBI Memorandum of Interview dated 4/9/2012 |
| | .04 | IRS Memorandum of Interview dated 3/14/2013 |
| | .05 | IRS Memorandum of Interview dated 12/20/2012 |
| | .06 | IRS Memorandum of Interview dated 1/24/2013 |
| | .07 | Handwritten Notes |
| | .08 | Handwritten Notes |
| | .09 | IRS Memorandum of Interview dated 2/5/2013 |
| A143 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 11/7/2011 |
| | .02 | IRS Memorandum of Interview dated 5/15/2012 |
| | .03 | IRS Memorandum of Interview dated 5/17/2013 |
| | .04 | Emails between Kit Maas and Don Gracia re: timing and content of surprise audit |
| | .05 | IRS Memorandum of Interview dated 09-24-13 |
| | .06 | Notes |
| A144 | | Reserved |
| | .01 | Email from Andrea Orth to Jan Kallshian dated 10/11/2012 Subject: RE: Transfers to Tamarac [Cc: Frank Miller, Renfrow answering questions] |
| | .02 | Reserved |
| A145 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 9/26/2011 |
| | .02 | Reserved |
| A146 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 5/15/2012 |
| | .02 | Email from Don Gracia to Delay/Ryesky, Subject: Spangler Group Confirmation Request (surprise audit email) dated 1/27/2011, |
| | .03 | Email from Don Gracia to Robert Castleberry, Subject: Spangler Group Confirmation Request (surprise audit email) dated 1/27/2011, e.g. |
| | .04 | Audit letter 1-24-2011 |
| | .05 | MOI dated |
| | .06 | Notes |
| A147 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 1/15/2013 |
| | .02 | Reserved |

DEFENSE EXHIBIT LIST-- 17
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .03 | Reserved |
|---|---|---|
| A148 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 4/26/2012 |
| A149 | | Reserved |
| A150 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 3/16/2012 |
| | .02 | FBI Memo of Interview dated 10-02-13 |
| | .10 | DWT Billing Invoice No. 5646763 dated 11/19/2007 |
| | .11 | DWT Billing Invoice No. 5654556 |
| A151 | | Reserved |
| | .01 | Email from Mark Spangler to Carbonneau dated 5/3/2011 Subject: RE: Proposal Regarding TeraHop Networks Patent Portfolios [Tillman Wright fees $888K, expenses $412K, - Chad Tillman] |
| | .02 | Email from Carbonneau to Mark Spangler and David Nason dated 6/30/2011 Subject: RE: TeraHop IP [licensing fees vs. sale and Dispersive Solutions]. |
| A152 | | Reserved |
| | .01 | Recorded Interview of Bill Carleton dated 4/19/2012 |
| | .02 | MOI dated 9-25-13 |
| | .03 | Handwritten Notes |
| | .04 | William A Carleton III - Avvo Profile with work history. |
| | .05 | Amazon Personal Profile - Speaking Engagements, Expertise, Author, Director. |
| | .06 | www.wac6.com archive - "Counselor @ Law" William A. Carleton III's blog |
| | .07 | Consultancy Agreement between Carleton and Spangler Financial Group dated 10/2/1999 |
| | .08 | Equity PPM section "Legal Counsel" - (attorneys performing services for the Company may also perform services for the Manager). |
| | .09 | Email from Stokke to Carleton dated 8/26/1998 setting up new matter: Equity Investors Group LLC. |
| | .10 | Email from Bill Carleton to Cairncross Hempelmann team dated 8/20/1998 Subject: Mark Spangler (on streamlining communications with client). |
| | .11 | Cairncross &Hempelman Invoices 1996 - 2006 |
| | .12 | Fee Agreement -1998 |
| | .20 | DWT Letter to Bill Carleton dated 8/23/2007 Re: Invoices for Services Rendered |

DEFENSE EXHIBIT LIST-- 18
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | .21 | DWT Manual Billing Invoice dated 12/5/2007 |
|---|---|---|
| A153 | | Reserved |
| | .01 | Email from Brian DeFoe and Mary Jo Heston to fdhlaw@aol.com and Mark Davidson dated 6/28/2011, Subject: Vellon et al v. Spangler et al |
| A154 | | Reserved |
| | .01 | Reserved |
| A155 | | Reserved |
| | .01 | DWT Billing Invoice No. 5700802 dated 6/16/2008, Manesh and Wallin working on SV7/SV11 |
| A156 | | Reserved |
| | .01 | Declaration dated 6-05-13 |
| | .02 | MOI dated 09-25-13 |
| | .03 | Handwritten Notes |
| | .04 | Email from Karl Ege to Joe Wallin cc: Jerry McNaul dated 3/23/2011 Subject: RE: Spangler |
| A157 | | Reserved |
| | .01 | Reserved |
| A158 | | Reserved |
| | .01 | Reserved |
| A159 | | Reserved |
| | .01 | MOI of Interview dated 9-20-13 |
| | .02 | Notes |
| A160 | | Reserved |
| | .01 | Reserved |
| | .02 | IRS Memorandum of Interview dated 7/31/2013 |
| | .03 | Notes from Interview |
| A161 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 3/16/2012 |
| | .02 | Handwritten Notes |
| | .03 | Typed Notes dated 3/16/2012 |
| | .04 | Handwritten Notes |
| | .05 | FBI Memo of Interview Dated 10-03-13 |
| | .10 | Joe Wallin Avvo.com Profile |
| | .11 | Startuplawblog.com Wallin Blog |
| | .12 | Twitter Account |
| | .20 | DWT Billing Invoice No. 5700807 dated 6/16/2008 - Wallin working on Equity, courtesy discount |
| | .21 | DWT Billing Invoice No. 5710985 dated 7/22/2008 - Wallin working on Merger of funds with B. Todd |

DEFENSE EXHIBIT LIST-- 19
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
Tacoma, WA 98402
(253) 593-6710

| | .22 | DWT Invoice No. 5939502 dated 12/21/2010 |
|---|---|---|
| | .30 | Executive Summary regarding Spangler Ventures 5 |
| | .31 | Emails from Walling to Ast Subject: RE: Spangler Ventures Six . |
| | .32 | DWT Billing Invoice No. 5654554 dated 12/14/2007 |
| | .33 | DWT Billing Invoice No. 5674337 dated 3/10/2008, Weinstein no longer listed on Supervising attorney line, Wallin is. |
| A162 | | Reserved |
| | .01 | Reserved |
| A163 | | Reserved |
| | .01 | FBI Memorandum of Interview dated 9/20/2011 |
| A164 | | Reserved |
| A165 | | Reserved |
| A166 | | Reserved |
| A167 | | Reserved |
| A168 | | Reserved |
| A169 | | Reserved |
| A170 | | Reserved |
| | .01 | Curriculum Vitae |
| | .02 | Valuing Early Stage and Venture-Backed Companies, by Neil Beaton |
| | .03 | 2007 March updated US PE Valuation Guidelines |
| | .04 | Fair Value Guidelines |
| | .05 | ILPA Likes Guidelines |
| | .06 | Little VC Secret |
| | .07 | More Guidelines |
| | .08 | NEA Rejects Guidelines |
| | .09 | NVCA Balks at Guidelines |
| | .10 | Proposed VC Guidelines |
| | .11 | Recommended Val Guidelines |
| | .12 | Suggested Val Standards |
| | .13 | Valuation Clarity |
| | .14 | WSJ-Standards Needed |
| | .15 | Venture Financing Q204 |
| | .16 | Canadian VC Valuation Guidelines |
| | .17 | VC Proposed Valuation Standards 12-03 |
| | .18 | Current Valuations |
| | .19 | International PE VC Valuation Guidelines 10-2006 |
| A171 | | Reserved |
| | .01 | Curriculum Vitae |

| | .02 | S&Ps 500 Index |
|---|---|---|
| | .03 | United States Consumer Confidence |
| | .04 | Unemployment Rate in US |
| | .05 | Equity Flow of Funds |
| | .06 | Local Firms return during Crisis |
| A172 | | Reserved |
| | .01 | Curriculum Vitae |
| A173 | | Reserved |
| | .01 | Curriculum Vitae |
| A174 | | Reserved |
| A175 | | Reserved |
| A176 | | Reserved |
| A177 | | Reserved |
| A178 | | Reserved |
| A179 | | Reserved |
| | .01 | IRS Memo of Interview dated 08-22-13 |
| | .02 | Notes |
| A180 | | Reserved |
| | .01 | Recorded Interview dated 11/14/2011 |
| | .02 | Minutes of Board of Directors Meeting dated 6/19/2008 [Discussing documentation and rationale of fair market value determination.] |
| | .03 | Clarifications of Transcript of Interview |
| A181 | | Reserved |
| | .01 | IRS Memorandum of Interview dated 11/4/2011 |
| | .02 | IRS Memorandum of Interview dated 2/16/2012 |
| | .03 | IRS Memorandum of Interview dated 11/13/2012 [No management carve or personal gains accrue through entities invested in TeraHop.] |
| | .04 | MOI dated |
| | .05 | Notes |
| A182 | | Reserved |
| A183 | | Reserved |
| | .01 | Reserved |
| A184 | | Reserved |
| | .01 | Recorded Interview dated 11/10/2011 |
| | .02 | Investor Update 2007_12_10 |
| | .03 | TeraHopCompany Overview 2009_01_22 |
| | .04 | TeraHop Portfolio Evaluation Report 08-27-2007 |

| | .05 | TeraHop Q3 2007 Investor Update |
|---|---|---|
| A185 | | Reserved |
| A186 | | Reserved |
| | .01 | Reserved |
| A187 | | Reserved |
| | .01 | Memo of Interview 04-05-13 |
| | .02 | Handwritten Notes |
| | .03 | Email from David Nason to Sönny Spearman dated 2/12/2011 Subject: RE: Breadcrumb's of Chance's trip to Baldwin |
| | .04 | Email from David Nason to Sönny Spearman dated 2/25/2011 Subject: RE: HCSS Call Quants Fuel + more notes - need response |
| A188 | | Reserved |
| | .01 | Recorded Interview dated 11/14/2011 |
| | .02 | Reserved |
| A189 | | Reserved |
| | .01 | Interview notes undated and email from Spencer Walker dated 4/4/2013 Subject: Here is my email |
| | .02 | IRS Memorandum of Interview dated 4/3/2013 |
| | .03 | Emails and documents discussed during 4/3/2013 interview |
| | .04 | Emails and documents discussed during 4/3/2013 interview |
| | .05 | Emails and documents discussed during 4/3/2013 interview |
| | .06 | Emails and documents discussed during 4/3/2013 interview |
| | .07 | Emails and documents discussed during 4/3/2013 interview |
| | .08 | Email from Spencer Walker to Benjamin George dated 4/4/2013 Subject: FW: Here is my email |
| | .09 | Terahop Case Study -KLB Construction |
| | .10 | KLB Fuel System |
| | .11 | KLB Fuel System Link |
| | .12 | KLB Project Onsite Meeting |
| A190 | | Reserved |
| | .01 | Recorded Interview dated 11/28/2011 |
| | .02 | IRS Memorandum of Interview dated 11/14/2012 [DePina not aware of any 'management carve' Spangler would benefit from as executive of Tamarac]. |
| A191 | | Reserved |
| A192 | | Reserved |
| A193 | | Reserved |
| A194 | | Reserved |
| A195 | | Reserved |

DEFENSE EXHIBIT LIST-- 22
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| A196 | | Reserved |
|------|------|----------|
| | .01 | FBI Memorandum of Interview dated 10/26/2012 |
| A197 | | Reserved |
| A198 | | Reserved |
| A199 | | Reserved |
| | .01 | Investment Adviser Representative Public Disclosure Report dated July 19, 2011 |
| | .02 | Transcribed Interview dated 11/30/2011 |
| | .03 | Letter from Mr. Spangler to SEC Branch Chief Edward Haddad Re: Spangler Financial Group, Inc. File No. 801-36203 (response to on-site SEC examination) dated 8/15/2002 |

DATED this 10th day of October, 2013.

Respectfully submitted,

s/*John R. Carpenter*
JOHN R. CARPENTER
Attorney for Mark Spangler

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1

2

## **CERTIFICATE OF SERVICE**

3

4       I hereby certify that on October 10, 2013, I electronically filed the foregoing with

5   the Clerk of the Court using the CM/ECF system which will send notification of such

6   filing to all parties registered with the CM/ECF system.

7                                       s/ *Carolynn Calder*
                                        Carolynn Calder, Paralegal
8                                       Federal Public Defender
                                        1601 Fifth Avenue, Suite 700
9                                       Seattle, WA 98101
                                        206-553-1100 voice
10                                      206-553-0120 facsimile
                                        carolynn_calder@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENSE EXHIBIT LIST-- 24
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**