The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-133RSM |
| Plaintiff, | |
| v. | GOVERNMENT'S AMENDED WITNESS LIST |
| MARK F. SPANGLER, | |
| Defendant. | |

Following is a list of witnesses the government intends to, or may, call to testify during its case in chief. This Amended Witness List adds one witness –.see No. 63.

1. Takeshi Akatsuka
2. Tom Berger
3. Richard Boyd
4. Arthur Budge
5. Edward "Ted" Burns
6. Bill Carleton
7. Gerald Delay
8. Stuart Depina
9. Maurice Douthit

GOVERNMENT'S AMENDED WITNESS LIST – 1
U.S. v . Mark F. Spangler, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | 10. | Pam Douthit |
| 2 | 11. | Anyang Feng |
| 3 | 12. | Greg Fletcher |
| 4 | 13. | Dr. Heath Foxlee |
| 5 | 14. | Benjamin George – IRS |
| 6 | 15. | Salvador Gonzalez |
| 7 | 16. | Viktor Grabner |
| 8 | 17. | Don Gracia |
| 9 | 18. | Edward Haddad, Securities and Exchange Commission |
| 10 | 19. | Anders Hejlsberg |
| 11 | 20. | Internal Revenue Service – Custodian of Records |
| 12 | 21. | Vana Ingram |
| 13 | 22. | Craig Johnson |
| 14 | 23. | Kent Johnson |
| 15 | 24. | Teresa Johnson |
| 16 | 25. | Jan Kallshian |
| 17 | 26. | Katherine Maas |
| 18 | 27. | Jerry McNaul |
| 19 | 28. | Carol Moore |
| 20 | 29. | David Nason |
| 21 | 30. | Max Nicolai |
| 22 | 31. | Dr. Robert Olson |
| 23 | 32. | Michael Peck |
| 24 | 33. | Jim Peterson |
| 25 | 34. | Glen Poor |
| 26 | 35. | Essex Porter |
| 27 | 36. | David Prus |
| 28 | 37. | Robert Rebar |

GOVERNMENT'S AMENDED WITNESS LIST – 2
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

38. Ruvane Richman
39. John Rieke
40. Ana Rivero
41. Gene Robertson
42. Abbe Rubin
43. Rick Rupp
44. Ron Rutherford
45. Suzette Rutherford
46. Diana Ryesky
47. Roberta Smith
48. Lisa Brown Spencer
49. Mark Spranger
50. Tandy Trower
51. Darren Tsui
52. Manual ("Manny")Vellon
53. Dan Vetras
54. Molly Walker
55. Special Agent Spencer Walker - FBI
56. Joe Wallin
57. Judy Weseman
58. Christina Wholstetter
59. Ann Marie Wick
60. Leonard Wyatt
61. Jared Young - FBI
62. Margie Zech
63. Marilyn Nicolai

GOVERNMENT'S AMENDED WITNESS LIST – 3
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 11th day of October, 2013.

2                        Respectfully submitted,

3                        JENNY A. DURKAN
4                        United States Attorney

5                        /s/ *Carl Blackstone*
6                        CARL BLACKSTONE
                        Assistant United States Attorney
7                        United States Attorney's Office
8                        700 Stewart Street, Suite 5220
                       Seattle, WA 98101-1271
9                        WSBA # 40971
10                      Telephone: (206) 553-2905
                      Fax: (206) 553-2502
11                      E-mail: Carl.Blackstone@usdoj.gov

12

13                      /s/ *Michael Lang*
                      MICHAEL LANG
14                      Assistant United States Attorney
15                      United States Attorney's Office
                      700 Stewart Street, Suite 5220
16                      Seattle, WA 98101-1271
                      WSBA # 19262
17                      Telephone: (206) 553-1779
18                      Fax: (206) 553-2502
                      E-mail: Mike.Lang@usdoj.gov
19

20                      /s/ *Francis Franze-Nakamura*
                      FRANCIS FRANZE-NAKAMURA
21                      Assistant United States Attorney
22                      United States Attorney's Office
                      700 Stewart Street, Suite 5220
23                      Seattle, WA 98101-1271
24                      Telephone: (206) 553-4402
                      Fax: (206) 553-2422
25                      E-mail: Francis.Franze-Nakamura@usdoj.gov

26

27

28

GOVERNMENT'S AMENDED WITNESS LIST – 4
*U.S. v. Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

          s/ *Bonnie Wolfgram*
          BONNIE WOLFGRAM
          Paralegal
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Telephone: 206-553-7970
          Fax: 206-553-4440
          Email: bonnie.wolfgram@usdoj.gov

GOVERNMENT'S AMENDED WITNESS LIST – 5
*U.S. v . Mark F. Spangler*, CR12-133RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970