JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) NO. CR12-133 RSM |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENSE SUPPLEMENTAL<br>) EXHIBIT LIST |
| MARK F. SPANGLER, | ) |
| Defendant. | ) |

Defendant, Mark F. Spangler, through his defense counsel, Assistant Federal Public Defender John Carpenter, respectfully submits the attached Supplemental Exhibit List for the Court's consideration. This list identifies additional exhibits that the defense may wish to introduce during trial.

| Exhibit No. | Exhibit Subpart | Description |
|---|---|---|
| **101** | .17 | 2011 Cox & Gracia Audit Letter  (Boyd-Feng) |
|  | .18 | 2011 Cox & Gracia Audit Letter  (Feng) |
|  | .19 | Attachment to Audit Letter |
| **104** | .08 | Audit Letter (Douthit) |
|  | .09 | Attachment to Audit Letter |
| **106** | .16 | Power Point Presentation February 2006 |

DEFENSE SUPPLEMENTAL EXHIBIT LIST           -- 1
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | | |
|---|---|---|---|
| 1 | **107** | .06 | 2011 Cox & Gracia Audit Letter |
| 2 | **108** | .03 | Audit Letter (Budge) |
| 3 | | .04 | Attachment to Audit Letter |
| 4 | **110** | .07 | Audit Letter (Johnson) |
| 5 | | .08 | Attachment to Audit Letter |
| 6 | **111** | .01 | SV9 Confidential Info Statement |
| 7 | | .02 | Audit Letter (Kaplan) |
| 8 | | .03 | Attachments to Audit Letter |
| 9 | **114** | .04 | PowerPoint Presentation dated 12/11/2003 |
| 10 | | .09 | Handwritten Notes 5-11-12 (Peterson) |
| 11 | | .10 | Attachments to Audit Letter |
| 12 | **115** | .06 | Audit Letter (Porter) |
| 13 | | .07 | Attachments to Audit Letter |
| 14 | **116** | .05 | Handwritten Notes (Poor) |
| 15 | | .06 | Audit Letter |
| 16 | | .07 | Attachments to Audit Letter |
| 17 | **118** | .04 | Audit Letter (Rieke) |
| 18 | | .05 | Attachments to Audit Letter |
| 19 | **120** | .01 | FBI Memorandum of Interview dated 10/20/2011 (Rubin) |
| 20 | | .09 | handwritten notes 10-20-11 |
| 21 | | .10 | handwritten notes 10-19-11 |
| 22 | **121** | .13 | Audit Letter (Rupp) |
| 23 | | .14 | Attachments to Audit Letter |
| 24 | **122** | .05 | Notes of interview on 10-02-13 (Spranger) |
| 25 | | .06 | Typed Notes of interview 2-03-12 |

DEFENSE SUPPLEMENTAL EXHIBIT LIST    -- 2
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

| | | | |
|---|---|---|---|
| 1 | | .07 | Handwritten Notes 02-03-12 |
| 2 | | .08 | Audit Letter (Spranger) |
| 3 | | .09 | Attachments to Audit Letter |
| 4 | **125** | .06 | Audit Letter (Tsui) |
| 5 | | .07 | Attachments to Letter |
| 6 | **126** | .02 | FBI Memorandum of Interview dated 7/28/2011 |
| 7 | | .03 | Arbitration Statement of Claim for Vellons, Gonzalez & Moore |
| 8 | **128** | .10 | Handwritten Notes 11-30-12 |
| 9 | | .11 | 2011 Cox & Gracia Audit Letter (Walker) |
| 10 | | .12 | Attachments to Letter |
| 11 | **129** | .06 | Handwritten Notes 5-10-12 |
| 12 | | .07 | Audit Letter (Weseman) |
| 13 | | .08 | Attachments to Audit Letter |
| 14 | **131** | .02 | Notes dated 05/30/12 |
| 15 | | .03 | Notes dated 05/30/12 |
| 16 | | .04 | Audit Letter (Wohlstetter) |
| 17 | | .05 | Attachments to Audit Letter |
| 18 | **132** | .02 | Agent Notes 1-31-12 (Wyatt) |
| 19 | | .07 | Notes from 10-09-13 |
| 20 | **179** | .03 | 2011 Cox & Gracia Audit Letter (Prus) |
| 21 | | .04 | Attachments to Audit Letter |
| 22 | **189** | .03 | Proposal for KLB construction 10-02-2009 |
| 23 | | .07 | Shareholder Update, November 2010 |

DEFENSE SUPPLEMENTAL EXHIBIT LIST   -- 3
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

DATED this 15th day of October, 2013.

          Respectfully submitted,

          s/*John R. Carpenter*
          JOHN R. CARPENTER
          Attorney for Mark Spangler

DEFENSE SUPPLEMENTAL EXHIBIT LIST     -- 4
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

        s/ *Julie L. Valencia*
        Julie L. Valencia, Paralegal
        Federal Public Defender
        1331 Broadway, Ste. 400
        Tacoma, WA  98402
        253/593-6710 voice
        253/593-6714 facsimile
        Julie_Valencia@fd.org

DEFENSE SUPPLEMENTAL EXHIBIT LIST    -- 5
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
Tacoma, WA 98402
(253) 593-6710