JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR12-133 RSM |
| Plaintiff, | ) |
| v. | ) DEFENSE SECOND <br> ) SUPPLEMENTAL EXHIBIT LIST |
| MARK F. SPANGLER, | ) |
| Defendant. | ) |

Defendant, Mark F. Spangler, through his defense counsel, Assistant Federal Public Defender John Carpenter, respectfully submits the attached Supplemental Exhibit List for the Court's consideration. This list identifies additional exhibits that the defense may wish to introduce during trial.

| Exhibit No. | Exhibit Subpart | Description |
|---|---|---|
| **106** | .17 | Montgomery Farm Purchaser Questionnaire dated 10/27/2008 |
| | .18 | Letter of Agreement dated 8/13/2004 (Gonzalez) |
| **109** | .21 | Engagement Letter of Understanding dated 5/1/1993 (Ingram) |
| **120** | .11 | PPA dated 09/30/1994 |

DEFENSE SUPPLEMENTAL EXHIBIT LIST    -- 1
(*Mark Spangler*;  CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

1

2   DATED this 21st day of October, 2013.

3

4                                   Respectfully submitted,

5
        s/*John R. Carpenter*
6       JOHN R. CARPENTER
        Attorney for Mark Spangler
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| DEFENSE SUPPLEMENTAL EXHIBIT LIST     -- 2 | **FEDERAL PUBLIC DEFENDER** |
| (*Mark Spangler*; CR12-133 RSM) | **1331 Broadway, Suite 400** |
| | **Tacoma, WA 98402** |
| | **(253) 593-6710** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

s/ *Julie L. Valencia*
Julie L. Valencia, Paralegal
Federal Public Defender
1331 Broadway, Ste. 400
Tacoma, WA 98402
253/593-6710 voice
253/593-6714 facsimile
Julie_Valencia@fd.org

DEFENSE SUPPLEMENTAL EXHIBIT LIST    -- 3
(*Mark Spangler*; CR12-133 RSM)

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**