UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE



**12-CR-00133-IFP**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR12-133 RSM |
| v. | |
| MARK SPANGLER, | VERDICT |
| Defendant. | |

WE, THE JURY, find as follows:

<u>COUNTS 1 through 25</u>

As to Counts 1 through 25, charging the defendant with wire fraud, in violation of Title 18, United States Code, Section 1343, we find the defendant, MARK F. SPANGLER:

COUNT 1       _____ NOT GUILTY    _✓_ GUILTY

COUNT 2       _____ NOT GUILTY    _✓_ GUILTY

COUNT 3       _____ NOT GUILTY    _✓_ GUILTY

COUNT 4       _____ NOT GUILTY    _✓_ GUILTY

COUNT 5       _____ NOT GUILTY    _✓_ GUILTY

| | | |
|---|---|---|
| COUNT 6 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 7 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 8 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 9 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 10 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 11 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 12 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 13 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 14 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 15 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 16 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 17 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 18 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 19 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 20 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 21 | _✓_ NOT GUILTY | _____ GUILTY |
| COUNT 22 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 23 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 24 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 25 | _____ NOT GUILTY | _✓_ GUILTY |

## COUNTS 26 through 32

As to Counts 26 through 32, charging the defendant with Money Laundering, in violation of Title 18, United States Code, Section 1957, we find the defendant, MARK F. SPANGLER:

| | | |
|---|---|---|
| COUNT 26 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 27 | _____ NOT GUILTY | _✓_ GUILTY |
| COUNT 28 | _____ NOT GUILTY | _✓_ GUILTY |

COUNT 29     _____ NOT GUILTY    _✓_ GUILTY

COUNT 30     _____ NOT GUILTY    _✓_ GUILTY

COUNT 31     _____ NOT GUILTY    _✓_ GUILTY

COUNT 32     _____ NOT GUILTY    _✓_ GUILTY

## COUNT 33

As to Count 33, charging the defendant with Investment Advisor Fraud, in violation of Title 15, United States Code, Sections 80b-6 and 80b-17, we find the defendant MARK F. SPANGLER:

COUNT 33     _____ NOT GUILTY    _✓_ GUILTY

DATED this 7th day of November 2013.