JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-133RSM |
| Plaintiff, | ) ) ) | NOTICE OF CRIMINAL APPEAL |
| vs. | ) ) | |
| MARK F. SPANGLER, | ) ) | |
| Defendant. | ) ) ) | |

Mark Spangler hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of conviction (jury verdicts delivered on November 7, 2013) and sentence entered in this action on March 13, 2014. The district court sentenced Mr. Spangler to 192 months of imprisonment.

DATED this 17th day of March, 2014.

Respectfully submitted,

s/ *John R. Carpenter*
JOHN R. CARPENTER
Attorney for Defendant

Name of Court Reporters: Barry Fanning & Kari McGrath
Transcripts Required: Yes

NOTICE OF APPEAL
*Mark F. Spangler*, *No. CR12-133*      1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
Mr(253) 593-6710

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2014, I filed electronically with the Clerk of the Court the foregoing Notice of Appeal. I used the CM/ECF system which will send notification of such filing to Assistant United States Attorneys Michael J. Lang and Francis Franze-Nakamura.

DATED this 17th day of March, 2014.

s/ *Delia Bonaparte*

NOTICE OF APPEAL
*Mark F. Spangler*, No. CR12-133           2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
Mr(253) 593-6710