The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK F. SPANGLER, <br><br> Defendant. | NO. 2:12-cr-00133-RSM-1 <br><br> **[Proposed] Order Granting United States' Local Civil Rule 67 Motion to Disburse Funds from the Registry of the Court to Pay Assessment and Restitution** |

The United States of America moved under Local Civil Rule 67 (incorporated by Local Criminal Rule 1(a)) for an order directing the Clerk of Court to disburse $290,745.56, plus interest accrued thereon, from the Registry of the Court to pay the special assessment and the restitution owing to Defendant Mark F. Spangler's investment fraud victims in this case. The Court has considered the United States' Motion and the parties' subsequent filings, and, for the reasons stated in the United States' Motion, finds that the Motion should be granted.

Accordingly, pursuant to Local Civil Rule 67(b), the Court hereby orders that:

[PROPOSED] ORDER GRANTING UNITED STATES'
LOCAL CIVIL RULE 67 MOTION TO DISBURSE
FUNDS FROM THE REGISTRY OF THE COURT
TO PAY ASSESSMENT AND RESTITUTION,
(*USA v. Mark F. Spangler, USDC#: 2:12-CR-00133-RSM-1*) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

(1) the Clerk of Court is authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $290,745.56, plus all accrued interest, minus any statutory users fees, payable to "United States District Court, Western District of Washington," and mail or deliver the check to the United States District Court, Western District of Washington;

(2) the check shall reference Case No. 2:12-cr-00133-RSM-1; and

(3) the Clerk of Court shall apply the funds to satisfy the special assessment and then to make *pro rata* distributions to Mr. Spangler's victims, as specified in the Criminal Judgment in this case [dkt. no. 165].

DATED this _____ day of _____, 2016.

_____
RICARDO S. MARTINEZ, Chief Judge
United States District Court

Presented by:

ANNETTE L. HAYES
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNITED STATES'
LOCAL CIVIL RULE 67 MOTION TO DISBURSE
FUNDS FROM THE REGISTRY OF THE COURT
TO PAY ASSESSMENT AND RESTITUTION,
(*USA v. Mark F. Spangler, USDC#: 2:12-CR-00133-RSM-1*) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970