CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MS 14-39 RSL |
| Plaintiff, | (2:12-CR-0133-1) |
| vs. | |
| MARK F. SPANGLER, | WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |
| Defendant/Judgment Debtor, | |
| and | |
| KLJ CONSULTING LLC, Kent L. Johnson, KLJ Consulting LLC's Managing Director, General Receiver of THE SPANGLER GROUP, INC., | |
| Garnishee. | |

GREETINGS TO:   KLK Consulting LLC
Kent L. Johnson, KLJ Consulting LLC's Managing Director
General Receiver of THE SPANGLER GROUP, INC.
Aebig & Johnson Business Resolutions, LLC
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161;

and

Andrea D. Orth
Bucknell, Stehlik, Sato & Stubner, LLP
Attorneys for Receiver
2003 Western Avenue, Suite 400
Seattle, Washington 98121

WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES



14-MC-00039-WRIT

1    An Order to Issue Writ of Continuing Garnishment for Non-Wages against the property of the Defendant/Judgment Debtor, Mark F. Spangler, whose last known address is Mark F. Spangler, Register No. 42280-086, FCI Lompoc, Federal Correctional Institution, 3600 Guard Road, Lompoc, CA 93436, has been entered by this Court, pursuant to 28 U.S.C. § 3205. The judgment award associated with this Writ was for the amount of $19,884,661.04, consisting of $19,881,461.04 in Restitution, and $3,200.00 in a Special Assessment, entered in *United States v. Mark F. Spangler*, No. 2:12-CR-0133-1, United States District Court for the Western District of Washington (March 13, 2014). A balance of **$19,884,661.04** remains outstanding. The following is required:

   1. You are required by law to Answer in writing, under oath, within **ten (10) days**, whether you have in your possession, custody or control, any property in which the Defendant/Judgment Debtor has a substantial nonexempt interest, including nonexempt, disposable earnings. For your convenience, a "Form Answer of the Garnishee" accompanies this Writ.

   2. You are required to immediately withhold and retain any and all property in which the Defendant/Judgment Debtor has a substantial nonexempt interest and for which you, the Garnishee, are or may become indebted to the Defendant/Judgment Debtor pending further order of the Court.

   3. You must File the Original Answer of the Garnishee to this Writ within **ten (10) days** of your receipt of this Writ with the United States District Court Clerk for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

   4. Additionally, you are required by law to Serve in person or by first class mail a copy of the Answer of the Garnishee to this Writ (1) upon the Defendant/Judgment Debtor, Mark F. Spangler, Register No. 42280-086, FCI Lompoc, Federal Correctional Institution, 3600 Guard Road, Lompoc, CA 93436, and (2) upon the United States Attorney's Office, Western District of Washington, Assistant United States Attorney Kerry Keefe, Attn: Financial Litigation Unit, 700 Stewart Street, Suite 5220, Seattle, WA 98101.

   5. Under the law there may be property which is exempt from this Writ of Continuing Garnishment for Non-Wages. Property which may be exempt and which may not be subject to this Order is listed in the accompanying "Claim for Exemption Form," including the Consumer Credit Protection Act provision of 15 U.S.C. § 1673.

---

WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

EXHIBIT A
Page 2 of 3

6. Pursuant to 15 U.S.C. § 1674 you, the Garnishee, are prohibited from discharging the Defendant/Judgment Debtor from employment because the earnings have been subject to garnishment for any one indebtedness.

If you fail to Answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant/Judgment Debtor any property attached by this Writ.

DATED this 22nd day of May, 2014.

WILLIAM M. McCOOL
CLERK, U.S. DISTRICT COURT

Presented by:

*/s/ Kerry Keefe*
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

EXHIBIT A
Page 3 of 3