**Judge Richard A. Jones**

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  C14-1203 |
| Plaintiff, | (2:12-CR-0133-1) |
| v. | **STIPULATION** |
| MARK F. SPANGLER; and SPANGLER GROUP, INC. RETIREMENT PLAN, | |
| Defendants, | |
| v. | |
| KLJ CONSULTING LLC; and KENT L. JOHNSON, KLJ Consulting LLC's Managing Director, General Receiver of THE SPANGLER GROUP, INC., | |
| Garnishee. | |

WHEREAS presently before this Court is a dispute between the United States and the Spangler Group, Inc. Retirement Plan ("Plan") over the United States' ability to enforce its writ of garnishment against the Plan, and specifically against the Plan contributions of Mark Spangler and LuAnn Renfrew; and

WHEREAS this Court has directed the parties to advise the Court of their resolution of this dispute by December 12, 2014 (Dkt. #26); and

STIPULATION - 1
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al*
*No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 1 of 9

1    WHEREAS the parties have conferred via email and/or teleconference on multiple

2    occasions since the Court's Order and have agreed on a resolution that will allow the Court

3    to:

4    A.  terminate this matter by dismissing the Plan's motion to quash the writ of

5        garnishment,

6    B.  Enter partial judgment on the Writ, and otherwise terminate the writ proceeding;

7        and

8    C.  Issue an order coextensive with the parties' various agreements to facilitate

9        complete and final settlement;

10   ACCORDINGLY, THE PARTIES STIPULATE AND AGREE as follows:

11   1.  The Plan hereby voluntarily withdraws its Motion to Quash the Writ of

12       Restitution;

13   2.  Judgment on the Writ shall be entered against The Spangler Group, which entity is

14       presently in state court receivership proceedings ("Receivership Proceedings")

15       (King County Cause No. 11-2-22214-4), for and equal to Mark Spangler's interest

16       in the Plan's Claim, as filed in such Receivership Proceeding, which interest was

17       previously stipulated by the parties in the Preliminary Joint Statement to be 76%

18       of the Plan's assets but after further review has been determined and agreed to be

19       73.9 % of the Plan's assets.   Accordingly, if the court in the Receivership

20       Proceedings denies the Plan's Claim then Mr. Spangler's interest therein is

21       effectively $0.00 and the Judgment on the Writ is effectively zero.  If the court in

22       the Receivership Proceedings allows the Plan's Claim, the Judgment on the Writ

23       shall be fully satisfied if and when 73.9% of the amount distributable on account

24       of the Plan Claim, per the distribution metrics and methods established in the

25       Receivership Proceeding, is distributed and paid over to the registry of this Court

26       to be held until such time as Mark Spangler's appeal of his criminal conviction is

27       reviewed by the Court of Appeals;

28

STIPULATION - 2
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al*
*No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 2 of 9

3. The Writ of Garnishment shall be released and dismissed, without prejudice, and no judgment shall be entered against The Spangler Group as to Luann Renfrow's percentage interest in the Plan Claim or Plan's assets, which was previously stipulated by the parties in the Preliminary Joint Statement to be 24% of the Plan's assets but after further review has been determined and agreed to be 26.1% of the Plan's assets;

4. If the Plan Claim is allowed in the Receivership Proceeding, The Spangler Group Receiver is expressly authorized by the parties to distribute 26.1 % of the amount distributable on account of the Plan Claim to the Plan;

5. The United States reserves all rights against the Plan and/or respecting any amounts distributed by the Spangler Group Receiver to the Plan and nothing shall preclude the United States from initiating *in rem* forfeiture proceedings against Ms. Renfrew's portion of the Plan's assets.

6. Following entry of an order incorporating the elements stipulated above, the Receiver shall move the Receivership Court to allow the Plan Claim, distribute and pay over to the registry of this Court 73.9 % of the amounts distributable on account of the allowed Plan Claim in satisfaction of the Judgment on the Writ, and distribute and pay over to the Plan 26.1% of the amount distributable on account of the Plan Claim (i.e., Luann Renfrow's agreed share or interest in the Plan assets.)

7. The Plan agrees to contingently waive and release any and all claims and actions, known or unknown, against the Receiver and/or the Spangler Group relating to or arising out of the Receiver's management of the Plan's assets, and/or the Receiver's disbursement of amounts allocable and/or distributable on account of the Plan Claim per the metrics and methods for approved claims in the Receivership Proceeding. This waiver will become final and binding upon payment to the Plan of 26.1% of the amount distributable on account of the Plan Claim.

STIPULATION - 3
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al*
*No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 3 of 9

1

2        SO STIPULATED:

3

4    /s/  Harold Malkin
     HAROLD MALKIN, WSBA # 30986
5    Assistant United States Attorney
     United States Attorney's Office
6    700 Stewart Street, Suite 5220
7    Seattle, Washington 98101-1271
     Phone:  206-553-7970 /Fax:  206-553-4073
8    E-mail:  Harold.malkin@usdoj.gov
9    Of Attorneys for the United States of America

10
     /s/  David L. Tuttle
11   DAVID L. TUTTLE, WSBA # 38728
12   Stoll Tuttle, PLLC
     2033 Sixth Avenue, Suite 993
13   Seattle, Washington 98121-2527
14   Telephone 206-623-2855/Fax 206-667-9805
     Email: davidt@mlstoll-law.com
15   Of Attorneys for the Plan

16
     /s/  Andrea D. Orth
17   ANDREA D. ORTH, WSBA # 24355
18   Bucknell Stehlik Sato & Stubner, LLP
     2003 Western Ave., Ste. 400
19   Seattle, Washington 98121
20   Telephone 206-587-0144/Fax 206-587-0277
     Email: aorth@bsss-law.com
21   Of Attorneys for the Receiver

22

23

24

25

26

27

28

STIPULATION - 4
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al*
*No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 4 of 9

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on the below date she electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

David L. Tuttle: davidt@mlstoll-law.com;

Andrea D. Orth: aorth@bsss-law.com

That on the below date she mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

Mark Spangler, Register No. 42280-086
FCI Lompoc - Federal Correctional Institution
3600 Guard Road
Lompoc, CA  93436

Dated this 11th day of December, 2014.

 /s/ Dawn H. Fernandez
Dawn H. Fernandez, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4308
Fax:   (206) 553-4067
E-mail:  dawn.fernandez@usdoj.gov

STIPULATION - 5
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al*
*No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 5 of 9

**Judge Richard A. Jones**

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>MARK F. SPANGLER; and<br>SPANGLER GROUP, INC.<br>RETIREMENT PLAN,<br>                              Defendants,<br><br>v.<br><br>KLJ CONSULTING LLC; and<br>KENT L. JOHNSON, KLJ Consulting<br>LLC's Managing Director, General<br>Receiver of THE SPANGLER GROUP,<br>INC.,<br>                              Garnishee. | CASE NO.  C14-1203<br><br>   (2:12-CR-0133-1)<br><br>**[Proposed] ORDER ADOPTING<br>PARTIES' STIPULATION,<br>ENTERING PARTIAL<br>JUDGMENT ON THE WRIT,<br>AND FACILITATING<br>SETTLEMENT** |

        THIS MATTER CAME BEFORE THE COURT pursuant to the Writ of Garnishment

proceeding commenced by the United States of America ("United States") and directed to

garnishee defendant KLJ Consulting LLC, and Kent L. Johnson, Managing Director of KLJ

Consulting LLC, as General Receiver of the Spangler Group, and the related Motion to

Quash the Writ of Garnishment filed by intervenor, the Spangler Group Retirement Plan.

The Court has reviewed the Parties' Preliminary Joint Statement [Docket #25] and recently-

ORDER ADOPTING PARTIES' STIPULATION, ENTERING PARTIAL
JUDGMENT ON THE WRIT, AND FACILITATING SETTLEMENT - 1
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al - No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 6 of 9

1    filed Stipulation, the pleadings and files relating to the United States' Writ of Garnishment,

2    and hereby

3         ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

4    1.  The Motion to Quash the Writ of Restitution filed by the Spangler Group Inc.

5         Retirement Plan has been voluntarily withdrawn by the movant and is therefore

6         terminated;

7    2.  Judgment shall be entered on the Writ against The Spangler Group, which entity is

8         presently in state court receivership proceedings ("Receivership Proceedings")

9         (King County Cause No. 11-2-22214-4), for and equal to Mark Spangler's interest

10        in the Plan's Claim, as filed in such Receivership Proceeding, which interest has

11        been agreed by the parties hereto to be 73.9% of the Plan's assets.   Accordingly, if

12        the court in the Receivership Proceedings denies the Plan's Claim then Mr.

13        Spangler's interest therein is effectively $0.00 and the Judgment on the Writ is

14        effectively zero.  If the court in the Receivership Proceedings allows the Plan's

15        Claim, the Judgment on the Writ shall be fully satisfied if and when 73.9% of the

16        amount distributable on account of the Plan Claim, per the distribution metrics and

17        methods established in the Receivership Proceeding, is distributed and paid over to

18        the registry of this Court to be held until such time as Mark Spangler's appeal of

19        his criminal conviction is reviewed by the Court of Appeals;

20   3.  The Writ of Garnishment is hereby released and dismissed in part, without

21        prejudice, and no judgment shall be entered against The Spangler Group as to

22        Luann Renfrow's percentage interest in the Plan Claim or Plan's assets, which the

23        parties have agreed to be 26.1% of the Plan's assets;

24   4.  If the Plan Claim is allowed in the Receivership Proceeding, The Spangler Group

25        Receiver is expressly authorized by the parties to distribute 26.1% of the amount

26        distributable on account of the Plan Claim to the Plan;

27

28

**ORDER ADOPTING PARTIES' STIPULATION, ENTERING PARTIAL
JUDGMENT ON THE WRIT, AND FACILITATING SETTLEMENT - 2**
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al - No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 7 of 9

5. United States has reserved and maintains all rights against the Plan and/or respecting any amounts distributed by the Spangler Group Receiver to the Plan and nothing shall preclude the United States from initiating *in rem* forfeiture proceedings against Ms. Renfrow's portion of the Plan's assets.

6. Following entry of this Order, the Receiver shall move the Receivership Court to allow the Plan Claim, distribute and pay over to the registry of this Court 73.9 % of the amounts distributable on account of the allowed Plan Claim in satisfaction of the Judgment on the Writ, and distribute and pay over to the Plan 26.1% of the amounts distributable on account of the Plan Claim (i.e., Luann Renfrow's agreed share or interest in the Plan assets.)

7. The Plan has contingently waived and released any and all claims and actions, known or unknown, against the Receiver and/or the Spangler Group relating to or arising out of the Receiver's management of the Plan's assets, and/or the Receiver's disbursement of amounts allocable and/or distributable on account of the Plan Claim per the metrics and methods for approved claims in the Receivership Proceeding.  Such contingent waiver and release shall become final and binding upon payment to the Plan of 26.1% of the amount distributable on account of the Plan Claim.

DATED this _____ day of December 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

//

//

//

//

**ORDER ADOPTING PARTIES' STIPULATION, ENTERING PARTIAL JUDGMENT ON THE WRIT, AND FACILITATING SETTLEMENT - 3**
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al - No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 8 of 9

1 | Presented by:

2

3 | /s/ Harold Malkin

4 | HAROLD MALKIN, WSBA # 30986
Assistant United States Attorney

5 | United States Attorney's Office

6 | 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

7 | Phone: 206-553-7970 /Fax: 206-553-4073

8 | E-mail: Harold.malkin@usdoj.gov
Of Attorneys for the United States of America

9

10

11 | /s/ David L. Tuttle

12 | DAVID L. TUTTLE, WSBA # 38728
Stoll Tuttle, PLLC

13 | 2033 Sixth Avenue, Suite 993

14 | Seattle, Washington 98121-2527
Telephone 206-623-2855/Fax 206-667-9805

15 | Email: davidt@mlstoll-law.com

16 | Of Attorneys for the Plan

17

18 | /s/ Andrea D. Orth

19 | ANDREA D. ORTH, WSBA # 24355

20 | Bucknell Stehlik Sato & Stubner, LLP
2003 Western Ave., Ste. 400

21 | Seattle, Washington 98121

22 | Telephone 206-587-0144/Fax 206-587-0277
Email: aorth@bsss-law.com

23 | Of Attorneys for the Receiver

24

25

26

27

28

**ORDER ADOPTING PARTIES' STIPULATION, ENTERING PARTIAL
JUDGMENT ON THE WRIT, AND FACILITATING SETTLEMENT - 4**
*USA v. Spangler, et al. v. KLJ Consulting LLC, et al - No. C14-1203*

UNITED STATES ATTORNEY
WESTERN DISTRICT OF WASHINGTON
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

EXHIBIT C
Page 9 of 9