**The Honorable Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK F. SPANGLER,<br><br>Defendant. | NO. 2:12-cr-00133-RSM-1<br><br>**Declaration of Dawn Fernandez in Support of United States' Local Civil Rule 67 Motion to Disburse Funds from the Registry of the Court to Pay Assessment and Restitution** |

I, Dawn Fernandez, declare as follows:

1. I am employed as the Financial Litigation Unit (FLU) Supervisor Paralegal Specialist for the United States Attorney's Office, Western District of Washington. In that capacity, I have supervision and direct responsibility for collecting criminal restitution debts, including Defendant Mark F. Spangler's restitution debt in this case. I make this declaration based on my personal knowledge and my review of the U.S. Attorney's Office's official files in this case.

2. Attached as Exhibit E, is a true and correct copy of the U.S. Courts Case Inquiry Report (redacted as necessary), as received from the

DECLARATION OF DAWN FERNANDEZ IN SUPPORT OF
UNITED STATES' LOCAL CIVIL RULE 67 MOTION TO
DISBURSE FUNDS FROM THE REGISTRY OF THE
COURT TO PAY ASSESSMENT AND RESTITUTION,
*(USA v. Mark F. Spangler, USDC#: 2:12-CR-00133-RSM-1)* - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Clerk's Office, U.S. District Court for the Western District of Washington, on March 14, 2016. The Case Inquiry Report contains Mr. Spangler's restitution payment record.

3. The Case Inquiry Report shows the following:

- as of March 14, 2016, Mr. Spangler owes $1,765.00 as a special assessment, and owes $19,883,226.03 in restitution (Exh. E at 1);

- on or about March 6, 2014, a deposit of $282,941.90 was placed into the Registry of the Court (Exh. E at 3);

- additional deposits of Mr. Spangler's funds, totaling $7,803.66, increased the principal balance in the Registry of the Court to $290,745.56, as of March 14, 2016 (Exh. E at 4-6);

- $93.01 in interest has accrued on that principal balance, bringing the total balance in the Registry of the Court to $290,838.57 through March 14, 2016 (Exh. E at 1 - "Treasury Registry" line);

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 21st day of March, 2016, in Seattle, Washington.

_____
DAWN FERNANDEZ

DECLARATION OF DAWN FERNANDEZ IN SUPPORT OF
UNITED STATES' LOCAL CIVIL RULE 67 MOTION TO
DISBURSE FUNDS FROM THE REGISTRY OF THE
COURT TO PAY ASSESSMENT AND RESTITUTION,
(USA v. Mark F. Spangler, USDC#: 2:12-CR-00133-RSM-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970