03/14/2016 02:13 PM EDT                                                                                              Version 7.1   Page  1   of  6

# U.S. Courts
## Case Inquiry Report
Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Case Number**   DWAW212CR000133        **Case Title**   USA v MARK F SPANGLER

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY10937 | SPANGLER, MARK F | PCCA8463 | SPECIAL PENALTY ASSESSMENT | | 3,200.00 | 1,435.00 | 1,765.00 |
| 001 | PTY10937 | SPANGLER, MARK F | PCCA8463 | VICTIM RESTITUTION | | 19,881,461.03 | 0.00 | 19,881,461.03 |
| 001 | PTY10937 | SPANGLER, MARK F | PCCA8463 | OVERPAYMENT | | 0.00 | 0.00 | 0.00 |
| 001 | PTY10937 | SPANGLER, MARK F | PCCA8463 | TREASURY REGISTRY | | 290,745.56 | 290,838.57 | 0.00 |
| | | | | | | 20,175,406.59 | 292,273.57 | 19,883,226.03 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| PTY1388 | | 797,371.28 | 0.00 | 797,371.28 |
| PTY14300 | | 1,338,305.85 | 0.00 | 1,338,305.85 |
| PTY14310 | | 666,459.29 | 0.00 | 666,459.29 |
| PTY14311 | | 3,352,819.76 | 0.00 | 3,352,819.76 |
| PTY14312 | | 612,915.26 | 0.00 | 612,915.26 |
| PTY14313 | | 132,806.97 | 0.00 | 132,806.97 |
| PTY14381 | | 924,874.40 | 0.00 | 924,874.40 |
| PTY14383 | | 548,373.60 | 0.00 | 548,373.60 |
| PTY14384 | | 1,397,380.88 | 0.00 | 1,397,380.88 |
| PTY14385 | | 543,375.44 | 0.00 | 543,375.44 |
| PTY14386 | | 119,529.50 | 0.00 | 119,529.50 |
| PTY14387 | | 913,199.65 | 0.00 | 913,199.65 |
| PTY14389 | | 129,992.24 | 0.00 | 129,992.24 |
| PTY14390 | | 136,014.51 | 0.00 | 136,014.51 |
| PTY14391 | | 548,373.60 | 0.00 | 548,373.60 |
| PTY14392 | | 400,104.55 | 0.00 | 400,104.55 |
| PTY14393 | | 3,759,071.88 | 0.00 | 3,759,071.88 |
| PTY14394 | | 1,341,090.50 | 0.00 | 1,341,090.50 |
| PTY14395 | | 192,605.90 | 0.00 | 192,605.90 |
| PTY14396 | | 815,477.05 | 0.00 | 815,477.05 |
| PTY14397 | | 116,128.09 | 0.00 | 116,128.09 |
| PTY14398 | | 381,899.95 | 0.00 | 381,899.95 |
| PTY14399 | | 104,970.47 | 0.00 | 104,970.47 |
| PTY14400 | | 608,320.41 | 0.00 | 608,320.41 |

# U.S. Courts
# Case Inquiry Report
Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

|  |  |  |
|---|---|---|
| 19,881,461.03 | 0.00 | 19,881,461.03 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|
| CRIS | Court Registry Investment System | CRIS | CRIS | 290,838.57 |
| TREA | Treasury | Treasury | 4686 | 0.00 |

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code | | | | |
| CT SEA049494 | | 06/05/2012 | 06/05/2012 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA050091 | | 07/06/2012 | 07/06/2012 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| SQ 12468600143 | | 07/19/2012 | 07/19/2012 | PR | ( 1,500.00) | | | | O | 02 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA051317 | | 09/10/2012 | 09/10/2012 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA053704 | | 01/08/2013 | 01/08/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA054334 | | 02/07/2013 | 02/07/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| SQ 13468600026 | | 02/08/2013 | 02/08/2013 | PR | ( 2,250.00) | | | | O | 02 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA055630 | | 04/09/2013 | 04/09/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA056181 | | 05/07/2013 | 05/07/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA057443 | | 07/09/2013 | 07/09/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CQ 13468600319 | | 07/10/2013 | 07/10/2013 | PR | ( 2,250.00) | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CT SEA058071 | | 08/08/2013 | 08/08/2013 | PR | 750.00 | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CQ 13468600362 | | 08/13/2013 | 08/13/2013 | PR | ( 750.00) | SPANGLER, MARK F | | | O | 06 | 6855XX |
| DWAW212CR000133-001 | 3 | OVERPAYMENT | | | | | | | | | |

## U.S. Courts
## Case Inquiry Report
**Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Transaction Information:**

| Document Type/Number* | Account Number | Debt Type Line# | Document Date | Debt Type | Accomplished Date | Line Type | Amount | Payee Line# | Party/Payee Name | Depository Line# | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CT SEA058929 | DWAW212CR000133-001 | 3 | 09/17/2013 | OVERPAYMENT | 09/17/2013 | PR | 750.00 | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CQ 13468600406 | DWAW212CR000133-001 | 3 | 09/18/2013 | OVERPAYMENT | 09/19/2013 | PR | ( 750.00) | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CT SEA059318 | DWAW212CR000133-001 | 3 | 10/08/2013 | OVERPAYMENT | 10/08/2013 | PR | 750.00 | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CQ 14468600022 | DWAW212CR000133-001 | 3 | 10/23/2013 | OVERPAYMENT | 10/23/2013 | PR | ( 750.00) | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CT SEA060814 | DWAW212CR000133-001 | 3 | 12/17/2013 | OVERPAYMENT | 12/17/2013 | PR | 750.00 | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CQ 14468600094 | DWAW212CR000133-001 | 3 | 12/30/2013 | OVERPAYMENT | 12/30/2013 | PR | ( 750.00) | | SPANGLER, MARK F | | | O | 06 | 6855XX |
| CT B051214DWAW212CR00013300167 | DWAW212CR000133-001 | 1 | 05/12/2014 | SPECIAL PENALTY ASSESSMENT | 06/02/2014 | PR | 100.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B061014DWAW212CR00013300123 | DWAW212CR000133-001 | 1 | 06/10/2014 | SPECIAL PENALTY ASSESSMENT | 07/01/2014 | PR | 100.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B071414DWAW212CR00013300163 | DWAW212CR000133-001 | 1 | 07/14/2014 | SPECIAL PENALTY ASSESSMENT | 08/04/2014 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B081114DWAW212CR00013300166 | DWAW212CR000133-001 | 1 | 08/11/2014 | SPECIAL PENALTY ASSESSMENT | 09/02/2014 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B090914DWAW212CR00013300122 | DWAW212CR000133-001 | 1 | 09/09/2014 | SPECIAL PENALTY ASSESSMENT | 10/01/2014 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B101414DWAW212CR00013300170 | DWAW212CR000133-001 | 1 | 10/14/2014 | SPECIAL PENALTY ASSESSMENT | 11/05/2014 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B111014DWAW212CR00013300167 | DWAW212CR000133-001 | 1 | 11/10/2014 | SPECIAL PENALTY ASSESSMENT | 12/01/2014 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B120914DWAW212CR00013300122 | DWAW212CR000133-001 | 1 | 12/09/2014 | SPECIAL PENALTY ASSESSMENT | 01/05/2015 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT B011315DWAW212CR00013300170 | DWAW212CR000133-001 | 1 | 01/13/2015 | SPECIAL PENALTY ASSESSMENT | 02/02/2015 | PR | 65.00 | | SPANGLER, MARK F | | | O | OP3 | 504100 |
| CT SEA069603 | DWAW212CR000133-001 | 4 | 03/06/2015 | TREASURY REGISTRY | 03/06/2015 | DP | 282,941.90 | 1 | SPANGLER, MARK F | | | O | 06 | 604700 |

# U.S. Courts
## Case Inquiry Report
Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Account Number | Debt Type Line# | Document Date | Accomplished Date | Line Type / Debt Type | Amount / Payee Line# | Party/Payee Name / Depository Line# | J/S Account Code | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SQ 15468600178 | DWAW212CR000133-001 | 4 | 03/09/2015 | 03/09/2015 | DP / TREASURY REGISTRY | (282,941.90) / 1 | | | O | TO | 604700 |
| SQ 15468600178 | DWAW212CR000133-001 | 4 | 03/09/2015 | 03/09/2015 | DP / TREASURY REGISTRY | 282,941.90 / 2 | | | O | 86 | 900000 |
| CT B021015DWAW212CR00013300172 | DWAW212CR000133-001 | 1 | 02/10/2015 | 03/02/2015 | PR / SPECIAL PENALTY ASSESSMENT | 65.00 | SPANGLER, MARK F | | O | OP3 | 504100 |
| SQ 15468600198 | DWAW212CR000133-001 | 4 | 03/31/2015 | 03/31/2015 | DI / TREASURY REGISTRY | 1.71 / 2 | | | O | 86 | 900000 |
| CT SEA070300 | DWAW212CR000133-001 | 4 | 04/08/2015 | 04/08/2015 | DP / TREASURY REGISTRY | 3,167.80 / 1 | SPANGLER, MARK F | | O | 06 | 604700 |
| CT SEA070301 | DWAW212CR000133-001 | 4 | 04/08/2015 | 04/08/2015 | DP / TREASURY REGISTRY | 3,673.07 / 1 | SPANGLER, MARK F | | O | 06 | 604700 |
| SQ 15468600224 | DWAW212CR000133-001 | 4 | 04/09/2015 | 04/09/2015 | DP / TREASURY REGISTRY | (3,167.80) / 1 | | | O | TO | 604700 |
| SQ 15468600224 | DWAW212CR000133-001 | 4 | 04/09/2015 | 04/09/2015 | DP / TREASURY REGISTRY | 3,167.80 / 2 | | | O | 86 | 900000 |
| SQ 15468600225 | DWAW212CR000133-001 | 4 | 04/09/2015 | 04/09/2015 | DP / TREASURY REGISTRY | (3,673.07) / 1 | | | O | TO | 604700 |
| SQ 15468600225 | DWAW212CR000133-001 | 4 | 04/09/2015 | 04/09/2015 | DP / TREASURY REGISTRY | 3,673.07 / 2 | | | O | 86 | 900000 |
| CT B031015DWAW212CR00013300121 | DWAW212CR000133-001 | 1 | 03/10/2015 | 04/01/2015 | PR / SPECIAL PENALTY ASSESSMENT | 65.00 | SPANGLER, MARK F | | O | OP3 | 504100 |
| SQ 15468600237 | DWAW212CR000133-001 | 4 | 04/30/2015 | 04/30/2015 | DI / TREASURY REGISTRY | 2.40 / 2 | | | O | 86 | 900000 |
| CT B041315DWAW212CR00013300160 | DWAW212CR000133-001 | 1 | 04/13/2015 | 05/01/2015 | PR / SPECIAL PENALTY ASSESSMENT | 65.00 | SPANGLER, MARK F | | O | OP3 | 504100 |
| SQ 15468600278 | DWAW212CR000133-001 | 4 | 05/29/2015 | 05/29/2015 | DI / TREASURY REGISTRY | 1.48 / 2 | | | O | 86 | 900000 |
| CT B051215DWAW212CR00013300153 | DWAW212CR000133-001 | 1 | 05/12/2015 | 06/01/2015 | PR / SPECIAL PENALTY ASSESSMENT | 65.00 | SPANGLER, MARK F | | O | OP3 | 504100 |
| SQ 15468600310 | DWAW212CR000133-001 | 4 | 06/30/2015 | 06/30/2015 | DI / TREASURY REGISTRY | 1.44 / 2 | | | O | 86 | 900000 |

## U.S. Courts
## Case Inquiry Report
Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Debt Type Line# | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | | Debt Type | | Payee Line# | Depository Line# | J/S Account Code | | | |
| CT B060915DWAW212CR00013300120 DWAW212CR000133-001 | 1 | 06/09/2015 SPECIAL PENALTY ASSESSMENT | 07/01/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| SQ 15468600348 DWAW212CR000133-001 | 4 | 07/31/2015 TREASURY REGISTRY | 07/31/2015 | DI | 2.73  2 | | O | 86 | 900000 |
| CT B071315DWAW212CR00013300150 DWAW212CR000133-001 | 1 | 07/13/2015 SPECIAL PENALTY ASSESSMENT | 08/03/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| SQ 15468600387 DWAW212CR000133-001 | 4 | 08/31/2015 TREASURY REGISTRY | 08/31/2015 | DI | 3.00  2 | | O | 86 | 900000 |
| CT B081215DWAW212CR00013300148 DWAW212CR000133-001 | 1 | 08/12/2015 SPECIAL PENALTY ASSESSMENT | 09/01/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| SQ 15468600434 DWAW212CR000133-001 | 4 | 09/30/2015 TREASURY REGISTRY | 09/30/2015 | DI | 1.21  2 | | O | 86 | 900000 |
| CT B090915DWAW212CR00013300119 DWAW212CR000133-001 | 1 | 09/09/2015 SPECIAL PENALTY ASSESSMENT | 10/01/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| CT SEA074036 DWAW212CR000133-001 | 4 | 10/14/2015 TREASURY REGISTRY | 10/14/2015 | DP | 140.79  1 | SPANGLER, MARK F | O | 06 | 604700 |
| CT SEA074038 DWAW212CR000133-001 | 4 | 10/14/2015 TREASURY REGISTRY | 10/14/2015 | DP | 163.25  1 | SPANGLER, MARK F | O | 06 | 604700 |
| SQ 16468600011 DWAW212CR000133-001 | 4 | 10/15/2015 TREASURY REGISTRY | 10/15/2015 | DP | ( 304.04)  1 | | O | TO | 604700 |
| SQ 16468600011 DWAW212CR000133-001 | 4 | 10/15/2015 TREASURY REGISTRY | 10/15/2015 | DP | 304.04  2 | | O | 86 | 900000 |
| SQ 16468600025 DWAW212CR000133-001 | 4 | 10/30/2015 TREASURY REGISTRY | 10/30/2015 | DI | 2.70  2 | | O | 86 | 900000 |
| CT B101315DWAW212CR00013300162 DWAW212CR000133-001 | 1 | 10/13/2015 SPECIAL PENALTY ASSESSMENT | 11/02/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| SQ 16468600064 DWAW212CR000133-001 | 4 | 11/30/2015 TREASURY REGISTRY | 11/30/2015 | DI | 8.04  2 | | O | 86 | 900000 |
| CT SEA075295 DWAW212CR000133-001 | 4 | 12/16/2015 TREASURY REGISTRY | 12/16/2015 | DP | 658.75  1 | SPANGLER, MARK F | O | 06 | 604700 |
| SQ 16468600101 DWAW212CR000133-001 | 4 | 12/16/2015 TREASURY REGISTRY | 12/16/2015 | DP | ( 658.75)  1 | | O | TO | 604700 |

# U.S. Courts
## Case Inquiry Report
Case Num: DWAW212CR000133;  Party Num: N/A;  Payee Code: N/A
Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|
| Account Number / Debt Type Line# / Debt Type | | | | Payee Line# / Depository Line# / J/S Account Code | | | | |
| SQ 16468600101 | 12/16/2015 | 12/16/2015 | DP | 658.75 | | O | 86 | 900000 |
| DWAW212CR000133-001    4    TREASURY REGISTRY | | | | 2 | | | | |
| CT B111015DWAW212CR00013300149 | 11/10/2015 | 12/01/2015 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| DWAW212CR000133-001    1    SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| SQ 16468600110 | 12/31/2015 | 12/31/2015 | DI | 16.09 | | O | 86 | 900000 |
| DWAW212CR000133-001    4    TREASURY REGISTRY | | | | 2 | | | | |
| CT B120815DWAW212CR00013300119 | 12/08/2015 | 01/04/2016 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| DWAW212CR000133-001    1    SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| SQ 16468600146 | 01/29/2016 | 01/29/2016 | DI | 19.00 | | O | 86 | 900000 |
| DWAW212CR000133-001    4    TREASURY REGISTRY | | | | 2 | | | | |
| CT B011216DWAW212CR00013300153 | 01/12/2016 | 02/01/2016 | PR | 65.00 | SPANGLER, MARK F | O | OP3 | 504100 |
| DWAW212CR000133-001    1    SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| SQ 16468600186 | 02/29/2016 | 02/29/2016 | DI | 33.21 | | O | 86 | 900000 |
| DWAW212CR000133-001    4    TREASURY REGISTRY | | | | 2 | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CQ | Cash Receipt - CCA Manual |
| CT | Cash Receipt - CCA Automated |
| SQ | Standard Voucher - CCA |