The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK SPANGLER, <br><br> Defendant. | NO. CR12-0133 RSM <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT A TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

This matter has come before the Court on the motion to seal Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to Government's Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A), due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Spangler,* CR12-0133 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS HEREBY ORDERED that Exhibit A to Government's Response to
2 Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)
3 be filed under seal.
4     DATED this 23rd day of July, 2020.

                                  RICARDO S. MARTINEZ
                                  CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michael Lang*
MICHAEL LANG
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorneys

Sealing Order - 2
*United States v. Spangler,* CR12-0133 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970